990

No. 94–5980. REAVES v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–6013. COLLINS v. STANISLAUS COUNTY DEPARTMENT OF SOCIAL SERVICES. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 94–6024. WILLIAMS ET AL. v. ARNOLD & ARNOLD. Sup. Ct. Ark. Certiorari denied.

No. 94–6025. BOWIE v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 94–6032. ROUSSOS v. BAXLEY ET AL. Ct. App. Md. Certiorari denied.

No. 94–6036. MCBRIDE v. SHARPE, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 94–6039. SANCHEZ v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 94–6042. FITZGERALD v. GAMBLE, ADMINISTRATOR, MONTANA DEPARTMENT OF CORRECTIONS AND HUMAN SERVICES, CORRECTIONS DIVISION. C. A. 9th Cir. Certiorari denied.

No. 94–6043. ELDRIDGE v. KINCHELOE, SUPERINTENDENT, SPRING CREEK CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 94–6050. REYES v. THOMAS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 94–6059. LARSON v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 94–6063. JOHNSON v. PREWITT, COMMISSIONER, ALASKA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 94–6087. YAKICH v. MUNICIPAL COURT OF SAN JOSE, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.